# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT SMITH, | : | No. 61 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 420 MD |
| | : | 2018 dated September 27, 2018 |
| v. | : | |
| | : | |
| | : | |
| ATTORNEY GENERAL, JOSH SHAPIRO, | : | |
| HEAD OF DEPARTMENT OF | : | |
| CORRECTIONS, JOHN WETZEL, AND | : | |
| SUPERINTENDENT OF SCI-BENNER, | : | |
| ROBERT MARSH, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                           **DECIDED:  June 18, 2019**

**AND NOW,** this 18th day of June, 2019, the Order of the Commonwealth Court is **REVERSED.**  *Bundy v. Wetzel*, 184 A.3d 551 (Pa. 2018) (holding that, to satisfy an inmate's right to due process, before the Department of Corrections ("DOC") can begin deducting funds from an inmate's prison account for purposes of Act 84, it must inform the inmate of:  (1) his financial liability; (2) the DOC's policy for deducting funds from prisoner accounts, and (3) his right to object to the application of the DOC's policy to his account); Petition to Stop 20% Deduction for Court Costs, Fines and Restitution from Gifts from Family and Friends, and the Return of Money Pursuant to 42 Pa.C.S.A. § 8127, 6/6/2018, at ¶2 (averring that, upon Appellant's confinement, the DOC began deducting funds from Appellant's prison account "without notification").  The matter is **REMANDED** for further proceedings.